■ Michele A. Andrew, Individually and as Parent and Natural Guardian of C.A., an Infant, Appellant, v Soo Hurh, M.D., et al., Respondents, et al., Defendants. (Appeal No. 2.) [823 NYS2d 745]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered March 22, 2006 in a medical malpractice action. The order denied plaintiff's motion to set aside the jury verdict and grant a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Kehoe, J.P., Martoche, Smith and Pine, JJ.